# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Ronald L. Groves and Kristal Groves )<br>*Plaintiff* )<br>v. )<br>Superior Well Services, et al )<br>*Defendant* ) | Civil Action No. 1:10 cv 149 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  purusant to F.R.C.P. 58, clerk is directed to enter judgment on this matter.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Irene M. Keeley

By order, this Court GRANTED the plaintiffs' motion to remand dkt. no.[ 8], and REMANDED the case to the Circuit Court of Harrison County, West Virginia.

Date:  12/21/2010                                   *CLERK OF COURT, Cheryl Riley*


                                                    Joyce Musgrave, Deputy Clerk
                                                    *Signature of Clerk or Deputy Clerk*